DAVID P. CUSICK, #160467, TRUSTEE
NEIL ENMARK, #159185, Attorney for Trustee
TALVINDER S. BAMBHRA, #230907, attorney for Trustee
P.O. Box 1858
Sacramento, California 95812-1858
(916) 856-8000

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| IN RE: | Case No: 2013-35754-E-13C |
| | DCN: DPC- 1 |
| MATTHEW WILLIAM VICKERS | |
| ARIANA KATHLEEN VICKERS, | DECLARATION OF GARY W. HAYS |
| | DATE: AUGUST 19, 2014 |
| | TIME: 3:00 P.M. |
| | JUDGE: SARGIS |
| Debtor(s) | COURTROOM: 33 |

I, Gary W. Hays, do hereby state and declare as follows:

1. I am over the age of eighteen years old and not a party to this action.

2. I am employed by DAVID P. CUSICK, TRUSTEE, and in the course of my employment, I have become familiar with his records and procedures, and the records of this case, and I can testify as to both.

///

3. I have reviewed the Trustee's records and show that the creditor, ALLIED TRUST SERVICES/LAKE WILDWOOD ASSOCIATION filed court claim #16 on May22, 2014.

4. The bar date for all non-governmental units to file claims was April 16, 2014; therefore the claim is late.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 19, 2014, at Sacramento, California.

                                       _____
                                       Gary W, Hays