```
W. STEVEN SHUMWAY, ESQ. CSB #119351
300 Harding Blvd., Suite 116
Roseville, California 95678
(916) 789-8821

Attorney for Debtors
```

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Sacramento Division

| | |
|---|---|
| In re<br><br>Matthew W. & Ariana K. Vickers,<br><br>Debtors. | CASE NO. 13-35754-E-13C<br>Motion Control No. WSS-2<br>Date: November 4, 2014<br>Time: 3:00 p.m.<br>Ctrm. 33 |

**MOTION TO AVOID LIEN OF LAKE WILDWOOD ASSOCIATION**

Debtor, through his attorney, W. Steven Shumway hereby moves this Court for an order avoiding the judicial lien of Lake Wildwood Association from the Debtors' residence pursuant to 11 USC §522(f)(1)(A).

This motion is based on the following grounds:

1. This motion is made pursuant to Bankruptcy Code Section 522(f) and Federal Rules of Bankruptcy Procedure, Rule 4003 avoid the lien held by Lake Wildwood Association (hereinafter referred to as "Secured Creditor") on the basis that there is no equity in the Property to secure this lien.

2. On May 14, 2013, Secured Creditor caused to be recorded a Notice of Delinquent Assessment (Document No. 13-0013756-00)

against the Debtor's property located at 14169 Chestnut Court, Penn Valley, California (the "Property"). A copy of the Abstract is included with the declaration of Matthew Vickers as Exhibit A.

3. The value of Debtors' interest in the Property and the equity attendant thereto is:

```
Value of Property              $ 150,000.00
First Deed of Trust            - 209,589.00
Debtors' Exemption             -   4,500.00
Available for Lien             -  64,089.00
```

4. As the court can see, there is no equity in the Property to secure the Debtor's lien.

5. The existence of Secured Creditors' judgment liens on the Debtor's Residence impairs his exemption to which he is entitled under 11 USC section 522(b) and CCP Section 703.

THEREFORE, based on the foregoing reasons, the Debtor respectfully requests the Court enter an Order:

A. Avoid and cancel the lien on the Debtor's Property; and

B. Granting the Debtor such other and further relief as the Court deems just and proper under the circumstances of this case.

Dated: 9/25/14　　　　　　　　/s/ W. Steven Shumway
　　　　　　　　　　　　　　　W. Steven Shumway, Attorney for Debtor