# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

In re:

    Matthew William Vickers
    Ariana Kathleen Vickers
         Debtor(s)

Case No. 13-35754-E-13C

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

    David P. Cusick, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 12/16/2013.

2) The plan was confirmed on 02/11/2014.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 03/12/2015.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 12/17/2014, 06/22/2016, 11/16/2016.

5) The case was dismissed on 01/25/2017.

6) Number of months from filing to last payment: 32.

7) Number of months case was pending: 38.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $43,076.32.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $198,238.00 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$198,238.00** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $1,800.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $10,202.04 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$12,002.04** |

Attorney fees paid and disclosed by debtor:     $1,200.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ALLIED TRUSTEE SERVICES | Unsecured | NA | 4,751.55 | 4,751.55 | 0.00 | 0.00 |
| Capital One | Unsecured | 1,972.10 | NA | NA | 0.00 | 0.00 |
| Chase | Unsecured | 114.98 | NA | NA | 0.00 | 0.00 |
| DEPARTMENT OF EDUCATION / MOH | Unsecured | 0.00 | 2,002.71 | 2,002.71 | 0.00 | 0.00 |
| DIRECTV, LLC | Unsecured | NA | 338.61 | 338.61 | 0.00 | 0.00 |
| EMPLOYMENT DEVELOPMENT DEPT | Unsecured | NA | 4,352.74 | 4,352.74 | 0.00 | 0.00 |
| EMPLOYMENT DEVELOPMENT DEPT | Priority | 0.00 | 7,433.51 | 0.00 | 0.00 | 0.00 |
| EMPLOYMENT DEVELOPMENT DEPT | Priority | 8,300.00 | 3,661.08 | 3,661.08 | 3,329.34 | 0.00 |
| FRANCHISE TAX BOARD | Priority | 2,000.00 | 4,579.99 | 4,579.99 | 4,117.10 | 0.00 |
| FRANCHISE TAX BOARD | Unsecured | NA | 1,014.05 | 1,014.05 | 0.00 | 0.00 |
| George Bills Jr | Secured | NA | NA | NA | 0.00 | 0.00 |
| Health Net | Unsecured | 2,378.89 | NA | NA | 0.00 | 0.00 |
| Hills Flat Lumber Co | Unsecured | 14,506.71 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | NA | 86,541.00 | 86,541.00 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | NA | 10,630.78 | 10,630.78 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 172,000.00 | 103,203.92 | 103,203.92 | 92,773.33 | 0.00 |
| NATIONSTAR MORTGAGE LLC | Secured | 194,649.88 | 209,588.87 | 209,588.87 | 49,500.00 | 0.00 |
| NATIONSTAR MORTGAGE LLC | Secured | 16,022.00 | 18,106.37 | 18,106.37 | 7,743.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 1,873.93 | 1,949.75 | 1,949.75 | 0.00 | 0.00 |
| QUANTUM3 GROUP | Unsecured | 942.15 | 961.80 | 961.80 | 0.00 | 0.00 |
| QUANTUM3 GROUP | Unsecured | 425.84 | 434.72 | 434.72 | 0.00 | 0.00 |
| RETAILERS CREDIT ASSOCIATION | Unsecured | NA | 1,316.82 | 1,316.82 | 0.00 | 0.00 |
| STATE BOARD OF EQUALIZATION | Priority | NA | 762.47 | 762.47 | 952.35 | 0.00 |
| SZABO ASSOCIATES INC | Unsecured | 4,548.00 | 3,680.00 | 3,680.00 | 0.00 | 0.00 |
| Target | Unsecured | 491.10 | NA | NA | 0.00 | 0.00 |
| TRAVIS CREDIT UNION | Unsecured | NA | 7,956.96 | 7,956.96 | 0.00 | 0.00 |
| TRAVIS CREDIT UNION | Secured | 34,652.00 | 36,791.96 | 28,835.00 | 14,983.78 | 2,921.39 |
| WEINSTEIN PINSON AND RILEY PS | Unsecured | NA | 526.10 | 526.10 | 0.00 | 0.00 |
| WILSHIRE CONSUMER CREDIT | Secured | 16,883.68 | 16,878.18 | 16,878.18 | 8,210.72 | 1,704.95 |
| YP ADVERTISING LP | Unsecured | 15,000.00 | 15,000.00 | 15,000.00 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $209,588.87 | $49,500.00 | $0.00 |
| Mortgage Arrearage | $18,106.37 | $7,743.00 | $0.00 |
| Debt Secured by Vehicle | $45,713.18 | $23,194.50 | $4,626.34 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$273,408.42** | **$80,437.50** | **$4,626.34** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $112,207.46 | $101,172.12 | $0.00 |
| **TOTAL PRIORITY:** | **$112,207.46** | **$101,172.12** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$141,457.59** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $12,002.04 |
| Disbursements to Creditors | $186,235.96 |
| **TOTAL DISBURSEMENTS :** | **$198,238.00** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: February 15, 2017     By:     /s/ DAVID P. CUSICK, TRUSTEE
                                              DAVID. P. CUSICK, TRUSTEE

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**